

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file her brief on the merits is granted. We order appellant's brief on the merits due December 30, 2015. This order shall not be construed to extend the deadline of December 4, 2015, for appellant's brief on the related supersedeas issues and associated temporary relief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court